In the Matter of HERMAN S. WHALEY, Appellant, against ELMER F. ANDREWS, Individually and as Acting Industrial Commissioner and as Industrial Commissioner of the New York State Department of Labor, Respondent.

Argued March 1, 1938; decided March 15, 1938.

*Ruth Whitehead Whaley* and *Herman S. Whaley* (in person) for appellant.

*John J. Bennett, Jr., Attorney-General (Patrick H. Clune* of counsel), for respondent.

Appeal dismissed, without costs. The order appealed from is not a final order. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.